UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TEASDALE FOODS, INC.,<br><br>Defendant. | Case No. 1:21-cv-01210-AWI-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 14) |

On October 14, 2021, Plaintiff filed a notice of voluntary dismissal, notifying the Court of the dismissal of this action with prejudice. (Doc. 14.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **October 15, 2021**              /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE